**UNITED STATES of America, Appellant, v. ONE CHRYSLER ROADSTER and W. M. Doughty, Jr., et al., Claimants.**

**No. 7027.**

Circuit Court of Appeals, Fifth Circuit.

Dec. 5, 1933.

H. M. Holden, U. S. Atty., and M. S. Mc-Corquodale, Asst. U. S. Atty., both of Houston, Tex.

Before BRYAN, SIBLEY, and HUTCH-ESON, Circuit Judges.

BRYAN, Circuit Judge.

This case is controlled by our decision in United States v. James Stuart, 67 F.(2d) 902, this day decided. Accordingly, the judgment herein is reversed, and the cause remanded for further proceedings not inconsistent with this opinion.